UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

```
-------------------------------------------------------x
MALCOLM JOHNSON,                      :
an individual,                        :
                                      :
              Plaintiff,              :     CASE NO.: 4:17-cv-01932-SPM
                                      :
vs.                                   :
                                      :
SCHNUCK MARKETS, INC.,                :
                                      :
                                      :
              Defendant.              :
-------------------------------------------------------x
```

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Malcolm Johnson, voluntarily dismisses the above entitled action, **without** prejudice. Defendant has filed an answer. Since filing an answer, the parties reached an agreement on settlement terms that calls for Plaintiff to file a Notice of Voluntary Dismissal Without Prejudice. Plaintiff will file a Notice of Dismissal With Prejudice once defendant makes certain modifications to the property that is at issue in this case.

Dated: November 2, 2017

Respectfully Submitted,

**BIZER & DEREUS**
Attorneys for Plaintiff
Garret S. DeReus (MO # 68840)
gdereus@bizerlaw.com
Marc P. Florman (# 35128LA)
mflorman@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

By:/s/ Garret S. DeReus
Garret S. DeReus

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2017, I served a copy of the foregoing pleading on defendant via ECF filing.

By:/s/ Garret S. DeReus
Garret S. DeReus