```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

-------------------------------------------------------x
MALCOLM JOHNSON,                               :
an individual,                                 :
                                               :
       Plaintiff,                      :    CASE NO.: 4:17-cv-01932-SPM
                                               :
vs.                                            :
                                               :
SCHNUCK MARKETS, INC.,                         :
                                               :
                                               :
       Defendant.                      :
-------------------------------------------------------x

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Malcolm Johnson, and defendant, Schnuck Markets, Inc., jointly file this Notice of Voluntary Dismissal Without Prejudice. The parties seek to voluntarily dismiss the above entitled action, **without** prejudice.

Dated: November 6, 2017

                                          Respectfully Submitted,

                                          **BIZER & DEREUS**
                                          Attorneys for Plaintiff
                                          Garret S. DeReus (MO # 68840)
                                          gdereus@bizerlaw.com
                                          Marc P. Florman (# 35128LA)
                                          mflorman@bizerlaw.com
                                          3319 St. Claude Ave.
                                          New Orleans, LA 70117
                                          T: 504-619-9999; F: 504-948-9996


                                          By:<u>/s/ Garret S. DeReus</u>
                                                  Garret S. DeReus

                                          ***AND***

Respectfully submitted,

By:    */s/ Ryan C. Turnage*
    Brian N. Brink, No. 32918 MO
    bbrink@schnucks.com
    Ryan C. Turnage, No. 61831 MO
    rcturnage@schnucks.com
    11420 Lackland Road
    St. Louis, MO  63146
    (314) 994-4333 – Telephone
    (314) 994-4412 – Facsimile

Attorneys for Schnuck Markets, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2017, I served a copy of the foregoing pleading on defendant via ECF filing.

By:/s/ Garret S. DeReus
    Garret S. DeReus
