UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

------------------------------------------------------x

MALCOLM JOHNSON,     :
an individual,       :
            :
    Plaintiff,    :  CASE NO.: 4:17-cv-01932-SPM
            :
vs.          :
            :
SCHNUCK MARKETS, INC.,   :
            :
            :
    Defendant.   :

------------------------------------------------------x

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Malcolm Johnson, and defendant, Schnuck Markets, Inc., jointly file this Notice of Voluntary Dismissal Without Prejudice. The parties seek to voluntarily dismiss the above entitled action, **without** prejudice.

Dated: November 6, 2017

Respectfully Submitted,

**BIZER & DEREUS**
Attorneys for Plaintiff
Garret S. DeReus (MO # 68840)
gdereus@bizerlaw.com
Marc P. Florman (# 35128LA)
mflorman@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

**SO ORDERED.**

**Nov 6, 2017**

By:/s/ Garret S. DeReus
    Garret S. DeReus

***AND***

Respectfully submitted,

By:   */s/  Ryan C. Turnage*
       Brian N. Brink, No. 32918 MO
       bbrink@schnucks.com
       Ryan C. Turnage, No. 61831 MO
       rcturnage@schnucks.com
       11420 Lackland Road
       St. Louis, MO  63146
       (314) 994-4333 – Telephone
       (314) 994-4412 – Facsimile

       Attorneys for Schnuck Markets, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2017, I served a copy of the foregoing

pleading on defendant via ECF filing.


       By:/s/ Garret S. DeReus
         Garret S. DeReus